EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br><br>Eddie A. Pérez Pérez | 2019 TSPR 229<br><br>203 DPR \_\_\_\_\_ |

Número del Caso:  AB-2018-93
                  (TS-16,917)


Fecha:  26 de noviembre de 2019


Abogado de la parte promovida:

    Lcdo. Carlos S. Dávila Vélez


Oficina del Procurador General:

    Lcda. Lorena Cortés Rivera
    Subprocuradora General

    Lcda. Noemí Rivera De León
    Procuradora General Auxiliar


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila de Jesús


Materia:  La suspensión temporera de la notaría será efectiva una vez advenga final y firme la Sentencia conforme la Regla 45 del Reglamento del Tribunal Supremo sobre reconsideración.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Eddie A. Pérez Pérez (TS-16,917) | AB-2018-0093 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de noviembre de 2019.

Evaluada la Moción en cumplimiento de Resolución del 25 de octubre de 2019 presentada el 20 de noviembre de 2019, ordenamos la suspensión temporera al ejercicio de la notaría del Lcdo. Eddie A. Pérez Pérez hasta que culmine el proceso disciplinario.

Se ordena al Alguacil General de este Tribunal la incautación inmediata del sello y la obra notarial del licenciado Pérez Pérez, debiendo entregar los mismos al Director de la Oficina de Inspección de Notarías (ODIN) para el trámite pertinente.

Se ordena a la ODIN rendir un Informe del estado de la obra notarial del Lcdo. Eddie A. Pérez Pérez.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo